UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

                        Plaintiff,

          -against-

GOLDBERG, LUSTIG & STECKLER,
PLLC; 231 EAST 117 LLC,

                    Defendants.

1:26-CV-1814 (JLR)

ORDER OF SERVICE

JENNIFER L. ROCHON, United States District Judge:

On March 9, 2026, Plaintiff Jason Wimberly, who proceeds *pro se*, filed a "letter motion for leave to effectuate service of process by Plaintiff and for issuance of summons" seeking the issuance of summonses and "leave to personally effect service of process upon Defendants . . . without reliance upon the United States Marshals Service." (ECF 5, at 1.) Two days later, on March 11, 2026, the court granted Plaintiff's request to proceed *in forma pauperis*, that is, to proceed without prepayment of fees. Inasmuch as Plaintiff seeks, in the abovementioned motion, leave to have Defendants served with summonses and the complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure ("Rule 4"), and without the assistance of the United States Marshals Service, the Court grants that motion.

The Court directs the Clerk of Court to mail an information package to Plaintiff. The Court also directs the Clerk of Court to issue summonses for Defendants Goldberg, Lustig & Steckler, PLLC, and 231 East 117 LLC, and to mail them directly to Plaintiff. The Court further directs Plaintiff to serve a summons and the complaint on each Defendant, pursuant to Rule 4,

within 90 days of the issuance of the summonses.[1] The Court additionally directs the Clerk of

Court to terminate ECF 5.

If, within the abovementioned 90 days, Plaintiff has not either served Defendants,

pursuant to Rule 4, or requested an extension of time to do so, the Court may dismiss this action

for failure to prosecute.

Plaintiff may receive court documents by email by completing the form, Consent to

Electronic Service.[2]

SO ORDERED.

Dated:  March 13, 2026
        New York, New York

_____
JENNIFER L. ROCHON
United States District Judge

---

[1] Although Rule 4(m) generally requires that a summons be served within 90 days of the date the complaint is filed, summonses were not issued when Plaintiff filed the complaint because he has not paid the fees to bring this action. The Court therefore extends the time to serve until 90 days after the date that the summonses are issued.

[2] If Plaintiff consents to receive documents by email, he will no longer receive court documents by regular mail.