UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON WIMBERLY,

Plaintiff,

-against-

GOLDBERG, LUSTIG & STECKLER, PLLC, and 231 EAST 117 LLC,

Defendants.

Case No. 1:26-cv-01814 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Pursuant to this Court's September 9, 2026 Order, Dkt. 46, Defendant 231 East 117 LLC was required to respond to the Complaint by October 9, 2026. Defendant 231 East 117 LLC has not responded to the Complaint. It will be granted a courtesy extension until October 16, 2026, to file its answer. Failure to respond could result in the entry of default judgment.

Dated: October 13, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge